IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHESTER O'QUINN,

    Plaintiff,

vs.

PAT RENSING, et al.,

    Defendants.

Case No. 14-cv-00408-SMY-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 39) of Magistrate Judge Philip M. Frazier recommending this Court deny Plaintiff Chester O'Quinn's Motion for a Temporary Restraining Order and Injunctive Relief (Docs. 33-34) wherein Plaintiff requests additional soap, toothpaste and food.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no substantial objection to the Report. Plaintiff responded to the Report but did not address the merits of his claims. Rather, he objected to his lack of an attorney to assist him in this action. Plaintiff's Motion for Recruitment for Counsel was denied on September 15, 2014. The Court has reviewed Plaintiff's Motions and case history and finds that the Report is not clearly erroneous. Accordingly, the Court **ADOPTS** the Report of Magistrate Judge Frazier (Doc. 39) and **DENIES** Plaintiff's request for a Temporary Restraining Order and Injunctive Relief (Docs. 33-34).

**IT IS SO ORDERED.**
**DATED:** February 2, 2015

        s/ Staci M. Yandle
        **STACI M. YANDLE**
        **DISTRICT JUDGE**